374 A.2d 700

Commonwealth v. Robert Brown, Appellant.
Commonwealth v. Barbara Brown, Appellant.

596

Argued April 14, 1977. David T. Mojock, for appellant at No. 187; Joseph V. Bullano, for appellant at No. 256; Howard C. Klebe, Assistant District Attorney, submitted a brief for Commonwealth, appellee.

Judgments of sentence affirmed; petition for reargument refused June 16, 1977.

VAN der VOORT, J., absent.